# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> XEROX CORPORATION, <br><br> Defendant. | Civil Action No.: 2:12-cv-06804-LDD <br><br> **DEMAND FOR JURY TRIAL** |

## REEXAMINATION STATUS REPORT BY XEROX CORPORATION

Pursuant to the Court's October 29, 2013 Order (ECF No. 28), Defendant Xerox Corporation hereby provides an update regarding the status of the *ex parte* reexaminations of the asserted patents.

The Patent Trial and Appeal Board ("PTAB") at the United States Patent and Trademark Office ("USPTO") has reversed the Examiner's findings rejecting claims of the patents-in-suit. In particular, on July 19, 2016, the PTAB reversed the Examiner's rejection for U.S. Patent No. 6,894,811 ("the '811 patent") in Reexamination Control Number 90/013,208 which was on appeal as Appeal No. 2016-004437.

On July 19, 2016, the PTAB also reversed the Examiner's rejection for U.S. Patent No. 7,489,423 ("the '423 patent") in Reexamination Control Number 90/013,207 which was on appeal as Appeal No. 2016-004436.

On June 8, 2016, the PTAB reversed the Examiner's rejection for U.S. Patent No. 8,040,574 ("the '574 patent") in Reexamination Control Number 90/013,209 which was on appeal as Appeal No. 2016-004464.

On June 15, 2016, the PTAB reversed the Examiner's rejection for U.S. Patent No. 8,294,915 ("the '915 patent") in Reexamination Control Number 90/013,210 which was on appeal as Appeal No. 2016-005018.

                                                       Respectfully submitted,

                                                       BAKER & HOSTETLER LLP

Dated:  July 20, 2016                            /s/ Sarah C. Dukmen
                                                                            Sarah C. Dukmen
                                                                            Cira Centre, 12th Floor
                                                                            2929 Arch Street
                                                                            Philadelphia, PA  19104-2891
                                                                            sdukmen@bakerlaw.com
                                                                            215.568.3100 Tel.
                                                                            215.568.3439 Fax

                                                       *Attorney for Defendant Xerox Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2016, a copy of the foregoing document entitled REEXAMINATION STATUS REPORT BY XEROX CORPORATION was filed electronically with the Electronic Court Filing (CM/ECF) system of the United States District Court for the Eastern District of Pennsylvania, which will provide an electronic notice and copy to the attorneys of record for the parties.  A copy of this filing was also mailed via U.S. First Class Mail to:

>Infinity Computer Products, Inc.
>315 Saybrook Road
>Villanova, PA  19085

>/s/ Sarah C. Dukmen
>Sarah C. Dukmen